Fill in this information to identify the case:

United States Bankruptcy Court for the:
__Northern__ District of __Texas__
(State)

Case number (If known): _____ Chapter ____

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Health: ELT, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Health Plan Resources, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 6 - 2 0 1 4 3 5 7
   EIN

5. **Debtor's address**

   **Principal place of business**

   11700 Preston Road
   Number    Street

   SUITE 620-211

   Dallas          TX    75230
   City           State  ZIP Code

   Dallas
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City           State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   Health: ELT, LLC
_____Name_____   Case number (if known)_____

6. **Debtor's website** (URL)   http://healthelt.com/

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**
   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**
    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**
    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Name of Petitioner | Nature of Petitioner's Claim | Amount of Claim above the value of any lien |
|---|---|---|
| Neil Dorflinger Roth IRA | Series A units | $250,000 |
| Neil Dorflinger Roth IRA | Series C units, coupon payments in arrears | $264,000 |
| MacFarland 2016 Family Trust | Series C units, coupon payments in arrears | $396,000 |
| Mike Hartwell | Series C units, coupon payments in arrears | $132,000 |
| | Total of petitioners' claims: | $1,042,000.00 |

Debtor __Health: ELT, LLC__  Case number (if known) _____
  Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| see attached | | $ _____ |
| | | $ _____ |
| | | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Neil Dorflinger Roth IRA
Name

5527 Farquhar
Number   Street

Dallas          TX       75209
City            State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kathy Klein, Agent for Custodian
Name

4465 S. Jones Blvd.
Number   Street

Las Vegas       NV       89103
City            State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/6/2019
             MM / DD / YYYY

X _Kathy K._   Trust Officer
Signature of petitioner or representative, including representative's title

**Attorneys**

Howard Marc Spector
Printed name

Spector & Cox PLLC
Firm name, if any

12770 Coit Rd #1100
Number   Street

Dallas          TX       75251
City            State    ZIP Code

Contact phone 2143655377  Email hms7@cornell.edu

Bar number  00785023

State       TX

X _[signature]_
Signature of attorney

Date signed  11-7-19
             MM / DD / YYYY

Debtor: Health: ELT, LLC

Case number (if known): _____

**Name and mailing address of petitioner**

Name: MacFarland 2016 Family Trust
Number Street: 5 Heather Glen Circle
City: Trophy Club   State: TX   ZIP Code: 76262

**Name and mailing address of petitioner's representative, if any**

Name: Chris MacFarland, Trustee
Number Street: 5 Heather Glen Circle
City: Trophy Club   State: TX   ZIP Code: 76262

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/06/2019

Signature: /s/ Trustee

Printed name: Howard Marc Spector
Firm name: Spector & Cox PLLC
Number Street: 12770 Coit Rd #1100
City: Dallas   State: TX   ZIP Code: 75251
Contact phone: 2143655377   Email: hms7@cornell.edu
Bar number: 00785023
State: TX

Signature of attorney: /s/
Date signed: 11-7-19

---

**Name and mailing address of petitioner**

Name: Mike Hartwell
Number Street: 6274 S. Elati St.
City: Littleton   State: CO   ZIP Code: 80120

**Name and mailing address of petitioner's representative, if any**

(blank)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____

Signature: ____

Printed name: Pro Se

Signature of attorney: ____
Date signed: ____

Debtor: Health: ELT, LLC

Case number (if known): _____

## Petitioner 1

**Name and mailing address of petitioner**

Name: MacFarland 2016 Family Trust
Number Street: 5 Heather Glen Circle
City: Trophy Club   State: TX   ZIP Code: 76262

**Name and mailing address of petitioner's representative, if any**

Name: Chris MacFarland, Trustee
Number Street: 5 Heather Glen Circle
City: Trophy Club   State: TX   ZIP Code: 76262

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ / ___ / _____ (MM / DD / YYYY)

X _____ Trustee
Signature of petitioner or representative, including representative's title

### Attorney

Printed name: Howard Marc Spector
Firm name: Spector & Cox PLLC
Number Street: 12770 Coit Rd #1100
City: Dallas   State: TX   ZIP Code: 75251
Contact phone: 2143655377   Email: hms7@cornell.edu
Bar number: 00785023
State: TX

X _____
Signature of attorney

Date signed ___ / ___ / _____ (MM / DD / YYYY)

## Petitioner 2

**Name and mailing address of petitioner**

Name: Mike Hartwell
Number Street: 6274 S. Elati St.
City: Littleton   State: CO   ZIP Code: 80120

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 6 / 2019 (MM / DD / YYYY)

X _/s/ Mike Hartwell_
Signature of petitioner or representative, including representative's title

### Attorney

Printed name: Pro Se
Firm name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed ___ / ___ / _____ (MM / DD / YYYY)