FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 19-33787  SWE  Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | COORD, LLC | Date Filed (f) or Converted (c): | 11/08/19 (f) |
| | | 341(a) Meeting Date: | 02/04/20 |
| For Period Ending: 06/30/22 | (3rd reporting period for this case) | Claims Bar Date: | 05/04/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FROST BANK - CHECKING ACCOUNT | 116.94 | 116.94 | | 0.00 | FA |
| 2. SOFTWARE PLATFORM FOR HEALTHCARE ASSESSMENT  SOFTWARE PLATFORM FOR HEALTCHARE ASSESSMENT AND TRACKING USED TO IDENTIFY AND ACCESS THE NEEDS OF MEDICAID PATIENTS AND COMMUNICATE FINDINGS IN REAL TIME TO INSURANCE COMPANIES.  AT ONE TIME, DEBTOR HAD OFFER TO SELL SOFTWARE FOR $5.5M BUT SALE WAS NEVER CONSUMMATED.  SOFTWARE NEEDS UPDATING. | 100,000.00 | 100,000.00 | | 267,500.00 | FA |
| **TOTALS (Excluding Unknown Values)** | **$100,116.94** | **$100,116.94** | | **$267,500.00** | **Gross Value of Remaining Assets $0.00** (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLAIMS REVIEWED AND OBJECTIONS  DRAFTED.   ACCOUNTANT EMPLOYED. ESTIMATED DATE OF CLOSING IS 02/01/2023.

Initial Projected Date of Final Report (TFR): 12/01/20     Current Projected Date of Final Report (TFR): 02/01/23

LFORM1

Ver: 22.06b